STEVEN N. RICHMAN, State Bar No. 101267
    srichman@erlaw.com
ARON P. HOCHHAUSER, State Bar No. 245099
    ahochhauser@erlaw.com
**EPPORT, RICHMAN & ROBBINS, LLP**
1875 Century Park East, Suite 800
Los Angeles, California  90067-2512
Telephone:  (310) 785-0885
Facsimile:   (310) 785-0787

Attorneys for Defendant FIRST
FEDERAL BANK OF CALIFORNIA

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT W. MITCHELL, MARGUERITA MITCHELL,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:07-cv-08308-FMC-ARGx<br><br>**JUDGMENT IN FAVOR OF FIRST FEDERAL BANK OF CALIFORNIA**<br><br>Date:   February 2, 2009<br>Time:   10:00 a.m.<br>Crtrm.: 750 |

This action came on for hearing before the Court on February 2, 2009, with the Honorable Florence-Marie Cooper, United States District Court Judge Presiding, on the Motion for Summary Judgment of Defendant First Federal Bank of California.  The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

JUDGMENT IS HEREBY ENTERED AS FOLLOWS:

1. Judgment is hereby entered in favor of Defendant First Federal Bank of California and against Plaintiffs Robert W. Mitchell and Marguerita Mitchell on Plaintiffs' claims for violation of the Truth in Lending Act (Claim 1);

2. The remaining state law claims are DISMISSED for lack of subject matter jurisdiction;

3. Plaintiffs Robert W. Mitchell and Marguerita Mitchell take nothing from Defendant First Federal Bank of California; and

4. Defendant First Federal Bank of California shall recover its costs.

DATED: February 12, 2009

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT

EPPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787